DNA Investment Partnership et al

— v —

Regent Private Capital

14-2232

SAMUEL H. MAYS, JR.

DNA Investment Partnership et al

— v —

Regent Private Capital

14-2232

TU M. PHAM