IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DNV INVESTMENT PARTNERSHIP, DALE MENARD, S. EUGENE MATHIS JR., AND KENNETH A. GRINSPUN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>REGENT PRIVATE CAPITAL LLC, REGENT PRIVATE CAPITAL II LLC, PREMIER NATURAL RESOURCES LLC, CHARLES STEPHENSON, AND LAWRENCE FIELD,<br><br>    Defendants. | No. 2:14-cv-02232 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Notice is hereby given that the undersigned attorney represents Defendants Regent Private Capital LLC, Regent Private Capital II LLC, Premier Natural Resources LLC, Charles Stephenson, and Lawrence Field.  The undersigned requests notice of all matters before this Court and to be added to the list of counsel to receive notice via electronic mail for this matter.

                        **ADAMS AND REESE LLP**

                  By: */s/ J. Bennett Fox, Jr.*_____
                       LUCIAN T. PERA  (Tenn. BPR No. 11641)
                       J. BENNETT FOX, JR.(Tenn. BPR No. 26828)
                       6075 Poplar Avenue, Suite 700
                       Memphis, Tennessee  38119
                       Phone:  (901) 524-5275
                       Facsimile: (901) 524-5375
                       Lucian.pera@arlaw.com

Ben.fox@arlaw.com
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

The undersigned certifies that on May 2, 2014, a copy of the foregoing **Notice of Appearance** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

            */s/ J. Bennett Fox, Jr.*
            J. BENNETT FOX, JR.