IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DNV INVESTMENT PARTNERSHIP, DALE MENARD, S. EUGENE MATHIS JR., AND KENNETH A. GRINSPUN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>REGENT PRIVATE CAPITAL LLC, REGENT PRIVATE CAPITAL II LLC, PREMIER NATURAL RESOURCES LLC, CHARLES STEPHENSON, AND LAWRENCE FIELD,<br><br>    Defendants. | No. 2:14-cv-2232-Ma |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Before the Court is the May 5, 2014 consent motion for an extension of time to respond to the complaint.  For good cause shown, the motion is GRANTED.  Defendants shall have until May 28, 2014 to file a responsive pleading

SO ORDERED this 5th day of May, 2014.

                                                *s/   Samuel H. Mays, Jr.*
                                                SAMUEL H. MAYS, JR.
                                                UNITED STATES DISTRICT JUDGE