```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

DNV INVESTMENT PARTNERSHIP,
et al.,

    Plaintiffs,

VS.                                                  No. 14-2232-Ma

REGENT PRIVATE CAPITAL, LLC,
et al.,

    Defendants.

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Before the Court is the May 6, 2014 motion for admission *pro hac vice* of Dan J. Schulman.  Mr. Schulman is a member in good standing of the bar of the State of New York and is admitted to practice before the United States District Court for the Southern District of New York.  Mr. Schulman has obtained and is familiar with the local rules and professional guidelines of this Court. For good cause shown, the motion is granted and Dan J. Schulman is admitted to participate in this action as counsel for defendants.

It is SO ORDERED this 6th day of May, 2014.

                                      *s/  Samuel H. Mays, Jr.*
                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE