IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DNV INVESTMENT PARTNERSHIP, ) <br> DALE MENARD, S. EUGENE ) <br> MATHIS JR., KENNETH A ) <br> GRINSPUN, ADDISON HOLDINGS LLC, ) <br> and CONTEXT DIRECT II LP, ) <br> ON BEHALF OF THEMSELVES AND ) <br> ALL OTHERS SIMILARLY SITUATED, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SGM HOLDINGS LLC, SYNDICATED ) <br> GEO MANAGEMENT CORPORATION, ) <br> RICHARD FEATHERLY, ) <br> LAWRENCE FIELD, and ) <br> PREMIER NATURAL RESOURCES LLC, ) <br> ) <br> Defendants. ) | No. 2:14-cv-2232-Ma |

**ORDER GRANTING LEAVE TO AMEND FIRST AMENDED
COMPLAINT, AMENDING THE CAPTION, DIRECTING METHOD
OF SERVICE, AND EXTENDING TIME TO RESPOND TO COMPLAINT**

Before the Court is the May 22, 2014 consent motion to (1) allow plaintiffs to file a second amended complaint; (2) amend the caption; (3) add certain new parties as plaintiffs, dismiss certain parties as defendants, and add certain new parties as defendants to the case; (4) accept service on behalf of all defendants; and (5) extend defendants' time to answer or otherwise respond to the complaint.

Based on the agreement of the parties, and for good cause shown, the motion is GRANTED. Plaintiffs shall file a Second Amended Complaint on or before May 26, 2014. The

caption in this action is amended to add Addison Holdings LLC and Context Direct II LP as plaintiffs; to add SGM Holdings LLC and Syndicated Geo Management Corporation as defendants; and to remove Regent Private Capital LLC, Regent Private Capital II LLC, and Charles Stephenson as defendants. The new caption shall read, "DNV Investment Partnership, Dale Menard, S. Eugene Mathis Jr., Kenneth A Grinspun, Addison Holdings LLC, and Context Direct II LP, on behalf of themselves and all others similarly situated v. SGM Holdings LLC, Syndicated Geo Management Corporation, Richard Featherly, Lawrence Field, and Premier Natural Resources LLC." Electronic service upon Schulman Blackwell LLP of the Second Amended Complaint shall constitute good and sufficient service on all defendants. Defendants' time to file an answer or otherwise respond to the complaint is extended to and including June 20, 2014.

SO ORDERED this 23rd day of May, 2014.

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE