# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| DNV INVESTMENT PARTNERSHIP, ) <br> DALE MENARD, S. EUGENE ) <br> MATHIS JR., KENNETH A. GRINSPUN, ) <br> Addison Holdings LLC, AND ) <br> Context Direct II, LP, ) <br> ON BEHALF OF THEMSELVES AND ) <br> ALL OTHERS SIMILARLY SITUATED, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> SGM Holdings, LLC, SYNDICATED ) <br> Geo Management Corporation, ) <br> Richard Featherly, ) <br> Lawrence Field, and ) <br> Premier Natural Resources, LLC, ) <br> ) <br> Defendants. ) | No. 2:14-cv-02232 |

## ORDER GRANTING JOINT MOTION
## FOR LEAVE TO FILE IN EXCESS OF PAGE LIMITATIONS

Before the Court is the Joint Motion for Leave to File in Excess of Page Limitations, requesting an order permitting Defendants to file a memorandum of law in support of their combined motions (i) to dismiss for failure to state a claim, (ii) to dismiss for lack of personal jurisdiction, (iii) to change venue, and (iv) to strike jury demand ("Combined Motions") in excess of the page limitations contained in Local Rule 12.1(a) and permitting Plaintiffs to file a Response to Defendants' Combined Motions in excess of the page limitations contained in Local Rule 12.1(b).  Based on the consent of all parties, and for good cause shown, the Joint Motion for Leave to File in Excess of Page Limitations should be granted.  The maximum number of pages permitted for the Defendants' memorandum of law and the Plaintiff's response shall each be 50 pages.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Joint Motion for Leave to File in Excess of Page Limitations is hereby granted and: Defendants are hereby permitted to file a Memorandum in Support of their Combined Motions to Dismiss in excess of the page limitation in Local Rule 12.1(a) but not to exceed 50 pages, and Plaintiffs are permitted to file a Response to Defendants' Combined Motions in excess of the page limitation in Local Rule 12.1(b), not to exceed 50 pages.

SO ORDERED this 16th day of June, 2014.

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE