**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| DNV INVESTMENT PARTNERSHIP, DALE MENARD, S. EUGENE MATHIS JR., KENNETH A. GRINSPUN, ADDISON HOLDINGS LLC, AND CONTEXT DIRECT II, LP, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br>    Plaintiffs, <br><br>v. <br><br>SGM HOLDINGS, LLC, SYNDICATED GEO MANAGEMENT CORPORATION, RICHARD FEATHERLY, LAWRENCE FIELD, AND PREMIER NATURAL RESOURCES, LLC, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) No. 2:14-cv-02232 ) ) ) ) ) ) ) ) ) ) ) |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME AND FOR
LEAVE TO FILE IN EXCESS OF PAGE LIMITATIONS**

Before the Court is the Consent Motion for Extension of Time to File Reply and for Leave to File in Excess of Page Limitations, requesting an order: (1) granting Defendants an extension of time until August 19, 2014, in which to file a Reply to Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss, and (2) granting Defendants leave to file a Reply in excess of the 10-page limitation contained in Local Rule 12.1(c), not to exceed 15 pages in length. Based on the consent of all parties, and for good cause shown, the Consent Motion for Extension of Time to File Reply and for Leave to File in Excess of Page Limitations should be granted.

2

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Consent Motion for Extension of Time to File Reply and for Leave to File in Excess of Page Limitations is granted and Defendants are hereby permitted to file a Reply on or before August 19, 2014, not to exceed 15 pages in length.

SO ORDERED this 24th day of July, 2014.

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE