UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DNV Investment Partnership, Dale Menard, S. Eugene Mathis, Jr., Kenneth A Grinspun, Addison Holdings LLC, and Context Direct II, LP, on behalf of themselves and all others similarly situated, Plaintiffs, vs. SGM Holdings, LLC, Syndicated Geo Management Corporation, Richard Featherly, Lawrence Field, and Premier Natural Resources, LLC, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:14-cv-02232-SHM-tmp<br><br>CLASS ACTION<br>JURY DEMAND |

## MOTION FOR LEAVE TO FILE SUR REPLY TO DEFENDANTS REPLY REGARDING PENDING MOTIONS TO DISMISS, ET AL

Come now the Plaintiffs, by and through their below signed counsel, and move this Honorable Court for leave to file the accompanying Sur Reply.

For cause, Plaintiffs would show the Court that in their Reply the Defendants cited to nine published and unpublished court cases that had not been discussed in previous filings by the Parties and that, in Plaintiffs' view, misconstrued the facts and law in those cases.

Below signed Plaintiffs' counsel, A. James Andrews, has emailed Defendants' counsel to ascertain Defendants' position regarding this filing and Defendants take no position other than to reserve their option to have the last word.

Respectfully submitted this 26th day of August 2014,

1

BY, Attorneys for the Plaintiffs:

/s/ A. James Andrews
A. James Andrews BOPR# 15772
1405 Magnolia Ave.
Knoxville, TN 37917
(865) 660-3993
(865) 523-0995 – Facsimile
andrewsesq@icx.net


/s/ Karl Schledwitz
Karl Schledwitz, Esq
930 South White Station
Memphis, TN
901-355-5759
karl@monogramfoods.com


/s/ Richard L. Gaines
Richard L. Gaines, BPR # 15462
550 Main Street, Suite 950
Knoxville, TN 37902
(865) 546-4292
(865) 546-4294 – Facsimile
richardlgaines@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon counsel for the Defendants through the Court's electronic filing system and directly via email.


/s/ A. James Andrews