## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| DNV INVESTMENT PARTNERSHIP, DALE MENARD, S. EUGENE MATHIS JR., KENNETH A. GREENSPUN, ADDISON HOLDINGS, LLC, and CONTEXT DIRECT II LP, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED | ) ) ) ) ) ) ) ) | |
|      Plaintiffs, | ) ) | No. 2:14-cv-2232-SHL-tmp |
| v. | ) ) | |
| SGM HOLDINGS LLC, SYNDICATED GEO MANAGEMENT CORPORATION, RICHARD FEATHERLY, LAWRENCE FIELD, AND PREMIER NATURAL RESOURCES LLC, | ) ) ) ) ) ) | |
|     Defendants. | ) ) | |

## ORDER DENYING PLAINTIFFS LEAVE TO FILE A SUR REPLY TO DEFENDANTS' MOTIONS (I) TO CHANGE VENUE, (II) TO DISMISS FOR LACK OF PERSONAL JURISDICTION, (III) TO DISMISS FOR FAILURE TO STATE A CLAIM, AND (IV) TO STRIKE JURY DEMAND

Before the Court is Plaintiff's Motion for Leave to File Sur Reply, filed August 26, 2014.

(ECF No. 34.)  The Court finds the Plaintiff's motion is not well taken, and therefore is

DENIED.

**IT IS SO ORDERED,** this 28th day of August, 2014.

/s/ Sheryl H. Lipman
UNITED STATES DISTRICT JUDGE